1  SEYFARTH SHAW LLP
   Diana Tabacopoulos (SBN 128238)
2  E-mail: dtabacopoulos@seyfarth.com
   Jill Porcaro (SBN 190412)
3  E-mail: jporcaro@seyfarth.com
   2029 Century Park East, Suite 3500
4  Los Angeles, California  90067-3021
   Telephone:  (310) 277-7200
5  Facsimile:  (310) 201-5219

6  Attorneys for Defendant
   WALGREEN CO.
7
   AIMAN-SMITH & MARCY
8  Randall Aiman-Smith (SBN 124599)
   Reed W.L. Marcy (SBN 191531)
9  Carey A. James (SBN 269270)
   7677 Oakport Street, Suite 1020
10 Oakland, CA 94621
   Telephone: (510) 562-6800
11 Facsimile: (510) 562-6830

12 Attorneys for Plaintiffs
   SHANE JEROMINSKI and ALICIA ARENAS
13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHANE JEROMINSKI and ALICIA ARENAS, individually and on behalf of others similarly situated, | Case No. C:12-4635 MEJ |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA** |
| v. | Complaint Filed:  July 3, 2012 |
| WALGREEN CO., and DOES 1 through 50, inclusive, | |
| Defendants. | |

The Stipulation to Transfer Venue to Central District of California, entered into among Plaintiffs Shane Jerominski and Alicia Arenas, and Defendant Walgreen Co. has been submitted to the Court for consideration.  The Court, having reviewed and considered the stipulation, and

[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO
CENTRAL DISTRICT OF CALIFORNIA
Case No. C:12-4635-MEJ

14907119v.1

1  good cause appearing therefor, HEREBY ORDERS that the stipulation is APPROVED.  The
2  Clerk is directed to transfer this case to the United States District Court, Central District of
3  California, forthwith.  No further proceedings shall be had in this Court.
4       IT IS SO ORDERED.
5  Dated: November 20, 2012

_____
Judge of the United States District Court

*Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — Judge Maria-Elena James*

2
[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO
CENTRAL DISTRICT OF CALIFORNIA
Case No. C:12-4635-MEJ

14907119v.1