SEYFARTH SHAW LLP
Diana Tabacopoulos (SBN 128238)
E-mail: dtabacopoulos@seyfarth.com
Jill Porcaro (SBN 190412)
E-mail: jporcaro@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  (310) 277-7200
Facsimile:  (310) 201-5219

Attorneys for Defendant
WALGREEN CO.

AIMAN-SMITH & MARCY
Randall Aiman-Smith (SBN 124599)
Reed W.L. Marcy (SBN 191531)
Carey A. James (SBN 269270)
7677 Oakport Street, Suite 1020
Oakland, CA 94621
Telephone: (510) 562-6800
Facsimile: (510) 562-6830

Attorneys for Plaintiffs
SHANE JEROMINSKI and ALICIA ARENAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE JEROMINSKI and ALICIA ARENAS, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WALGREEN CO., and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. C:12-4635 MEJ<br><br>**[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO CENTRAL DISTRICT OF CALIFORNIA**<br><br>Complaint Filed:  July 3, 2012 |

  The Stipulation to Transfer Venue to Central District of California, entered into among

Plaintiffs Shane Jerominski and Alicia Arenas, and Defendant Walgreen Co. has been submitted

to the Court for consideration.  The Court, having reviewed and considered the stipulation, and

14907119v.1

good cause appearing therefor, HEREBY ORDERS that the stipulation is APPROVED.  The Clerk is directed to transfer this case to the United States District Court, Central District of California, forthwith.  No further proceedings shall be had in this Court.

    IT IS SO ORDERED.

Dated:   November 20, 2012

_____
Judge of the United States District Court

Judge Maria-Elena James

[PROPOSED] ORDER RE STIPULATION TO TRANSFER VENUE TO
CENTRAL DISTRICT OF CALIFORNIA
Case No. C:12-4635-MEJ

14907119v.1